**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSEPH HOGAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CRS 08-477 KJM |
| Plaintiff, | |
| v. | MOTION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL; STIPULATION AND ORDER |
| JOSEPH HOGAN, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Robert Rice-Taskin, and defendant, Joseph Hogan, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for trial confirmation hearing, December 4, 2008, and the date set for jury trial, December 15, 2008, in the above-captioned matter, and to continue the trial confirmation hearing to February 19, 2009 at 10:00 a.m. and the jury trial to March 2, 2009 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The reason for this request is to allow the parties additional time to discuss possible resolution of the case and to accommodate the schedules of counsel.  The Court is advised that Mr. Tice-Raskin concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1       The parties further agree and stipulate that the time period from the filing of this stipulation
2  until March 2, 2009 should be excluded in computing time for commencement of trial under the
3  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
4  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6  outweigh the best interests of the public and the defendant in a speedy trial.
7       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8  IT IS SO STIPULATED
9  Dated: December 1, 2008                          McGREGOR W. SCOTT
                                                    United States Attorney
10
                                                    By:      /s/ Robert Tice-Raskin
11                                                  ROBERT TICE-RASKIN
                                                    Assistant United States Attorney
12
   Dated: December 1, 2008                                /s/ Erin J. Radekin
13                                                  ERIN J. RADEKIN
                                                    Attorney for Defendant
14                                                  JOSEPH HOGAN
15

16                                         **ORDER**

17      For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial
18  confirmation hearing date of December 4, 2008 at 10:00 a.m., and the jury trial date of December 15,
19  2008 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation
20  hearing on **February 12, 2009** and jury trial on March 2, 2009.  The court finds excludable time in
21  this matter through March 2, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow
22  continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
23  the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
24  request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
25  3161(h)(8)(A), (h)(8)(B)(iv).
26  IT IS SO ORDERED.
27  Dated: December 3, 2008.
28
                                                    _____
                                                    U.S. MAGISTRATE JUDGE