1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JOSEPH HOGAN

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                            EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,
12 |          Plaintiff,                    Case No.  CRS 08-477 KJM
13 | v.
14 |                                        **MOTION FOR CONTINUANCE OF TRIAL**
   | JOSEPH HOGAN,                          **CONFIRMATION HEARING AND TRIAL;**
15 |                                        **STIPULATION AND [PROPOSED] ORDER**
   |          Defendant.
16

17

18
                                    **STIPULATION**
19

20      Plaintiff, United States of America, by and through its counsel, Assistant United States

21 Attorney Matthew Stegman, and defendant, Joseph Hogan, by and through his counsel, Erin J.

22 Radekin, agree and stipulate to vacate the date set for trial confirmation hearing, February 12, 2009

23 at 10:00 a.m., and the date set for jury trial, March 2, 2009 at 10:00 a.m., in the above-captioned

24 matter, and to continue the trial confirmation hearing to March 12, 2009 at 10:00 a.m., and the jury

25 trial to March 30, 2009 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

26      The reason for this request is to allow the parties additional time for plea negotiations, which

27 have been ongoing, and to prepare a plea agreement.  The Court is advised that Mr. Stegman

28 concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1  The parties further agree and stipulate that the time period from the filing of this stipulation until March 30, 2009 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 11, 2009                McGREGOR W. SCOTT
                                        United States Attorney

                                        By:    /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney

Dated: February 11, 2009                   /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        JOSEPH HOGAN

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial confirmation hearing date of February 12, 2009 at 10:00 a.m., and the jury trial date of March 2, 2009 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation hearing on March 12, 2009 at 10:00 a.m., and jury trial on March 30, 2009 at 10:00 a.m.  The court finds excludable time in this matter through March 30, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  February 11, 2009.

_____
U.S. MAGISTRATE JUDGE

-2-