1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JOSEPH HOGAN

6

7

8                  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,

12              Plaintiff,                    **Case No.  CRS 08-477 KJM**

13  v.

14                                           **MOTION FOR CONTINUANCE OF TRIAL**
                                             **CONFIRMATION HEARING AND TRIAL;**
15  JOSEPH HOGAN,                            **STIPULATION AND ORDER**

16              Defendant.

17

18                                    **STIPULATION**

19

20        Plaintiff, United States of America, by and through its counsel, Assistant United States

21  Attorney Matthew Stegman, and defendant, Joseph Hogan, by and through his counsel, Erin J.

22  Radekin, agree and stipulate to vacate the date set for trial confirmation hearing, March 12, 2009 at

23  10:00 a.m., and the date set for jury trial, March 30, 2009 at 10:00 a.m., in the above-captioned

24  matter, and to continue the trial confirmation hearing to March 26, 2009 at 10:00 a.m., and the jury

25  trial to April 13, 2009 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

26  /////

27  /////

28  /////

The parties have engaged in extensive negotiations and believe that the case will resolve; however, additional time is necessary to prepare the plea agreement and for defense counsel to confer with the defendant. The Court is advised that Mr. Stegman concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 13, 2009 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 10, 2009                         McGREGOR W. SCOTT
                                              United States Attorney

                                              By:_____/s/ Matthew Stegman_____
                                              MATTHEW STEGMAN
                                              Assistant United States Attorney

Dated: March 10, 2009                         _____/s/ Erin J. Radekin_____
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              JOSEPH HOGAN


**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial confirmation hearing date of March 12, 2009 at 10:00 a.m., and the jury trial date of March 30, 2009 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation hearing on March 26, 2009 at 10:00 a.m., and jury trial on April 13, 2009 at 10:00 a.m. The court finds excludable time in this matter through April 13, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice

/////

1  served by granting the request outweigh the best interests of the public and the defendant in a speedy

2  trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

3  IT IS SO ORDERED.

4  Dated:  March 11, 2009.

5  _____

6  U.S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28